IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONNIE MORENO,

     Plaintiff,                         No. 2:12-CV-02124-KJM-KJN

    vs.

LOCKEFORD STATION, et al.,

     Defendants.                     ORDER

_____/

       The pretrial status conference in this matter, currently set for April 18, 2013, is hereby vacated and plaintiff is ordered to show cause, no later than seven days from the date of this order, why this action should not be dismissed because of plaintiff's failure to apply for entry of remaining defendants' default. FED. R. CIV. P. 41(b).

       IT IS SO ORDERED.

DATED:  April 12, 2013.

_____
UNITED STATES DISTRICT JUDGE

1